UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:   CHRISTOPHER JOHN ANDERSON                                                CASE NO: 14-90900

DEBTOR(s)

**TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS
AND NOTICE OF RESPONSE DEADLINE**

Comes now Joseph M. Black, Jr., ("Trustee") and files this First Omnibus Objection to Claims ("Objection"), pursuant to Fed.R.Bankr.P. 3007(d).  **Claimants receiving the Objection should locate their names and claims in the list below.**

**PLEASE TAKE NOTICE THAT** any response must be filed with the Bankruptcy Clerk within **30 days** of the date of this notice [or for such other time period as may be permitted by Fed.R.Bankr.P. 9006(f)].  Those not required or not permitted to file electronically must deliver any response by U.S. mail, courier, overnight/express mail, or in person at:

**New Albany**, 110 U.S. Courthouse, 121 W Spring St, New Albany, IN   47150

The responding party must ensure delivery of the response to the party filing the objection.  **If a response is NOT timely filed, the requested relief may be granted.**  If a response is filed, a hearing will be set at a later date, and all parties will receive a notice of that hearing.

If you agree with the Objection and the Trustee's proposed treatment of your claim, you do not need to respond.

Court's Claim **#004:**      **Wells Fargo Bank (secured – 2005 Dodge Durango)**
Grounds for Objection:   claim filed without ALL proper documentation showing perfection pursuant to FRBP3001(d)
Proposed Treatment:    will _HOLD_  funds until creditor files a Legible Security Agreement but Trustee proposes to treat claim as _GENERAL UNSECURED_ at plan end if the required documentation is not received.

Court's Claim **#:015**     **Cerastes, LLC (unsecured)**
Grounds for Objection:   claim duplicates one filed on July 29, 2014 (see Court's Claim #016)
Proposed Treatment:    _DISALLOW_  Court's Claim #015

WHEREFORE, the Trustee, Joseph M. Black, Jr., moves the Court for an order as set forth above.

DATED:   October 29, 2014

                                                                 Respectfully submitted,

                                                                /s/ Joseph M. Black, Jr.,
Joseph M. Black, Jr., Trustee
PO Box 846
Seymour, IN   47274
Phone: (812)524-7211
Fax:    (812) 523-8838
Email:  jblacktrustee@trustee13.com

*** *The foregoing document was prepared by the Office of the Standing Trustee, Joseph M. Black, Jr.* ***

CERTIFICATE OF SERVICE

       I hereby certify that on <u>October 29, 2014</u>, a copy of TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

Joseph A Ross  rossfiling@RossLawOffice.com
U.S. Trustee  <u>ustpregion10.in.ecf@usdoj.gov</u>

       I further certify that on <u>October 29, 2014</u>, a copy of the TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

CHRISTOPHER JOHN ANDERSON, 400 DOE RUN DR, BEDFORD, IN  47421
WELLS FARGO BANK NA, PO BOX 19657, IRVINE, CA  92623-9657
CERASTES, LLC, C/O WEINSTEIN, PINSON, & RILEY, PC, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA  98121

                                              /s/ Joseph M. Black, Jr.
                                            Joseph M. Black, Jr., Trustee

*** *The foregoing document was prepared by the Office of the Standing Trustee, Joseph M. Black, Jr.* ***